UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JEFFREY JEFFERS,

                Plaintiff,                         **O R D E R**

                                                                           11 CV 339 (RRM)

            - AGAINST -

CITY OF NEW YORK, et al.,

                Defendants,
-----------------------------------------------------------X

An initial conference has been scheduled in the above-captioned case on **MAY 24, 2011** at **10:30 AM,** before the Honorable Cheryl L. Pollak, United States Magistrate Judge, in Room 1230, at 225 Cadman Plaza East, Brooklyn, New York.

**All counsel must be present.  Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants are aware of this conference.**

In the event an answer has not yet been filed at the time this Order is received, plaintiff's counsel is to notify counsel for the defendant of this conference as soon as an answer is filed. Plaintiff's counsel is to notify the undersigned, <u>in writing</u>, at least two days before the scheduled conference if an answer still has not been filed.  No request for adjournment will be considered unless made **in writing** at least forty-eight (48) hours before the scheduled conference.

**THE PARTIES ARE REMINDED OF THE REQUIREMENTS OF THE AMENDMENTS TO RULE 26 Fed. R. Civ. P. IT IS EXPECTED THAT THE MEETING REQUIRED BY THIS RULE WILL BE HELD AT LEAST 14 DAYS BEFORE THE CONFERENCE, AND THAT ALL MANDATORY DISCLOSURES WILL BE MADE.**

**Parties are required to participate in Electronic Case Filing (ECF).  ECF enables**