US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 6/2/11

TIME SPENT: _____

DOCKET NO.  11 CV 339

CASE:  Jeffers v City

- [✓] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [✓] OTHER/STATUS CONFERENCE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

_____ COMPLETED          6/10 _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT CONFERENCE SCHEDULED FOR _____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

**RULINGS:**

Mandatory disclosures, doc. requests and interrogs to be exchanged by 6/10; responses 7/15

Conference to discuss settlement 8/23 at 10:30